# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of March, two thousand and eleven,

Thomas J. Lavery,

Objector - Appellant

v.

Sabrina Chin, on behalf of herself and all others similarly situated,

Plaintiff - Appellee,

v.

RCN Corporation,

Defendant - Appellee.

**ORDER**
Docket Number: 10-4057

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

